**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Frontline Machining, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-4036797 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14040 Meridian Parkway <br> Riverside, CA 92518 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Riverside <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Frontline Machining, LLC                                              Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Frontline Machining, LLC
      Name
                                                    Case number (if known)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 12, 2023
                  MM / DD / YYYY

**X** /s/  Charles Jones                                   Charles Jones
      Signature of authorized representative of debtor                 Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Andrew Bisom                       Date   October 12, 2023
      Signature of attorney for debtor                            MM / DD / YYYY

Andrew Bisom 137071
Printed name

Law Office of Andrew S. Bisom
Firm name

300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
Number, Street, City, State & ZIP Code

Contact phone   (714) 643-8900       Email address   abisom@bisomlaw.com

137071 CA
Bar number and State

Debtor    Frontline Machining, LLC                                    Case number (if known) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 9, 2023
                MM / DD / YYYY

**X** _____    Charles Jones
      Signature of authorized representative of debtor    Printed name

Title    Managing Member

---

**18. Signature of attorney**    **X** _____    Date    October 9, 2023
                                        Signature of attorney for debtor                    MM / DD / YYYY

Andrew Bisom 137071
Printed name

Law Office of Andrew S. Bisom
Firm name

300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
Number, Street, City, State & ZIP Code

Contact phone    (714) 643-8900    Email address    abisom@bisomlaw.com

137071 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Frontline Machining, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 12, 2023     **X** /s/   Charles Jones
                                           Signature of individual signing on behalf of debtor

                                           Charles Jones
                                           Printed name

                                           Managing Member
                                           Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | Frontline Machining, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 9, 2023          X _____
                                        Signature of individual signing on behalf of debtor

                                        Charles Jones
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
Fill in this information to identify the case:

Debtor name    Frontline Machining, LLC
United States Bankruptcy Court for the:  CENTRAL DISTRICT OF
                                         CALIFORNIA, SANTA ANA
                                         DIVISION
Case number (if known):    _____
```

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carl Zeiss Vision 1040 S. Vintage Ave. 91761 | | | | $144,168.00 | $0.00 | $144,168.00 |
| Cavden Properties, LLC 74075 El Paseo, Ste. A4 Palm Desert, CA 92260 | | Building Lease | | | | $149,534.00 |
| DGI 12722 Alondra Blvd. Cerritos, CA 90703 | | Trade debt | | | | $43,395.00 |
| Employee Devopment Department Bankruptcy Group MIC 92E P. O. Box 826880 Sacramento, CA 94280-0001 | | | | | | $87,751.00 |
| Global Finance 2424 SE Bristol St., Ste 280 Newport Beach, CA 92660 | | | | $138,062.00 | $0.00 | $138,062.00 |
| Global Finance 2424 SE Bristol St., Ste. 280 Newport Beach, CA 92660 | | | | $129,537.00 | $0.00 | $129,537.00 |
| Global Finance 2424 SE Bristol St., Ste 280 Newport Beach, CA 92660 | | | | $47,224.00 | $0.00 | $47,224.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

Debtor    Frontline Machining, LLC _____    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $47,192.00 |
| Kaiser Permanente P.O. Box 741562 Los Angeles, CA 90074 | | Medical Insurance Premiums | | | | $66,454.00 |
| Progressive Alloy Steels Unlimited 2217 E. Bobo Newsom Hwy. Hartsville, SC 29550 | | | | | | $80,000.00 |
| Riverside Public Utilities 3901 Orange St. Riverside, CA 92501 | | Utility | | | | $61,087.00 |
| S&D Industrial Tool Supply 685 S. Manchester Ave Anaheim, CA 92802 | | Trade debt | | | | $54,758.00 |
| Small Business Administration Office of General Counsel 312 N. Spring St., 5th Floor 90012 | | Loan | | | | $546,264.00 |
| Southern California Edison P.O. Box 6400 Rancho Cucamonga, CA 91729 | | Utilties | | | | $47,720.00 |
| Sumitomo Mitsui Finance and Leasing Co. 666 Third Ave., 8th Floor New York, NY 10017 | | | | $125,294.00 | $0.00 | $125,294.00 |
| Tech Financial 840 N. 3rd St., Ste. 500 Milwaukee, WI 53203 | | | | $60,000.00 | $0.00 | $60,000.00 |
| True Steel c/o Nick Iezza Spiwak & Iezza, LLP 555 Marin St., Ste. 140 Thousand Oaks, CA 91360 | | Trade debt | | | | $127,962.00 |

Debtor   Frontline Machining, LLC                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| United Performance Metals 14941 East Northam St. 90638 | | | | | | $77,276.00 |
| Vox Funding 14 E. 44th St., Ste. 4 New York, NY 10017 | | Loan | | | | $92,160.00 |
| Wall Street Funding 30 Broad St., 14th Fl New York, NY 10004 | | Loan | | | | $184,100.00 |

## United States Bankruptcy Court
### Central District of California, Santa Ana Division

In re    Frontline Machining, LLC                                      Case No. _____

                             Debtor(s)                 Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Jones<br>14040 Meridian Parkway<br>Riverside, CA 92508 | | | Managing Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    October 12, 2023                              Signature    /s/ Charles Jones
                                                                    Charles Jones


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re    Frontline Machining, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Jones<br>14040 Meridian Parkway<br>Riverside, CA 92508 | | | Managing Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 9, 2023

Signature

Charles Jones

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____October 12, 2023_____

/s/   Charles Jones _____
Charles Jones
Signature of Debtor 1


_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: _____October 9, 2023_____

Charles Jones
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1           **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name __Frontline Machining, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................ $   0.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................ $   111,500.00

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......................................................................... $   111,500.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $   668,808.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $   137,943.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$   1,792,312.00

4.  **Total liabilities** ....................................................................................
Lines 2 + 3a + 3b                   $   2,599,063.00

**Fill in this information to identify the case:**

Debtor name _Frontline Machining, LLC_

United States Bankruptcy Court for the: _CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION_

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   U.S. Bank | Checking | 5801 | $40,000.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                          $40,000.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 20,000.00 | - | 0.00 | = .... | $20,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Frontline Machining, LLC | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | $20,000.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | |

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Office supplies | | $0.00 | | $1,500.00 |
| Machinery | | $0.00 | | Unknown |

| 23. | **Total of Part 5.** | $1,500.00 |
|---|---|---|
| | Add lines 19 through 22.   Copy the total to line 84. | |

**24.   Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Frontline Machining, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

**39.** **Office furniture**

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

Computers, office furniture                        $0.00    N/A                        $10,000.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.                        $10,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2020 Ford Van T150 | $0.00 | | $40,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.                        $40,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Frontline Machining, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
 Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Frontline Machining, LLC | Case number *(If known)* |
|--------|--------------------------|--------------------------|
|        | Name                     |                          |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $111,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $111,500.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Frontline Machining, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Carl Zeiss Vision <br><br> Creditor's Name <br><br> 1040 S. Vintage Ave. <br> 91761 <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br><br><br> **Describe the lien** <br> Equipment Financing <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes | $144,168.00 | $0.00 |
| Creditor's email address, if known <br><br> **Date debt was incurred** <br> 2022 <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** Ford Motor Credit <br> Creditor's Name <br> National Bankruptcy Service Center <br> P.O. Box 62180 <br><br> Colorado Springs, CO 80962 <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> 2020 Ford Van T150 <br><br><br> **Describe the lien** <br> Auto Loan <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes | $20,000.00 | $40,000.00 |
| Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | Global Finance | Describe debtor's property that is subject to a lien | $129,537.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2424 SE Bristol St., Ste. 280
Newport Beach, CA 92660

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Global Finance | Describe debtor's property that is subject to a lien | $47,224.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2424 SE Bristol St., Ste 280
Newport Beach, CA 92660

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Global Finance | Describe debtor's property that is subject to a lien | $138,062.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2424 SE Bristol St., Ste 280
Newport Beach, CA 92660

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Global Finance | | Describe debtor's property that is subject to a lien | $4,523.00 | $0.00 |
|-----|----------------|--|------------------------------------------------------|-----------|-------|
| | Creditor's Name | | | | |

2424 SE Bristol St., Ste 280
Newport Beach, CA 92660

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Sumitomo Mitsui Finance and Leasing Co. | | Describe debtor's property that is subject to a lien | $125,294.00 | $0.00 |
|-----|------------------------------------------|--|------------------------------------------------------|-------------|-------|
| | Creditor's Name | | | | |

666 Third Ave., 8th Floor
New York, NY 10017

Creditor's mailing address

**Describe the lien**
Equipment Financing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Tech Financial | | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |
|-----|----------------|--|------------------------------------------------------|------------|-------|
| | Creditor's Name | | | | |

840 N. 3rd St., Ste. 500
Milwaukee, WI 53203

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Date debt was incurred** | ☒ No |
|---|---|
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $668,808.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Raymond Policar, Esq.<br>P.O. Box 74093<br>Davis, CA 95617 | Line _2.6_ | |
| Yeshaya Gorkin, Esq.<br>Ainsworth Gorkin PLLC<br>P.O. Box 605<br>New York, NY 10038 | Line _2.3_ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

**Fill in this information to identify the case:**

Debtor name   Frontline Machining, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,751.00 | $87,751.00 |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employee Devopment Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $87,751.00      Priority amount $87,751.00

Date or dates debt was incurred
2021-2023

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $47,192.00      Priority amount $47,192.00

Date or dates debt was incurred
2022

Basis for the claim:
941 Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Riverside Co. Dept. Environmental
Health
P.O. Box 7909
Riverside, CA 92513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $3,000.00      Priority amount $3,000.00

Date or dates debt was incurred
2023

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Debtor    __Frontline Machining, LLC__                                    Case number (if known) _____
                Name

out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Air Nation<br>7377 Greenbush Ave.<br>North Hollywood, CA 91605<br><br>**Date(s) debt was incurred** _5/2023_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Equipment Financing_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $30,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Alfred Avila<br>2068 Marlborough Ave.<br>Riverside, CA 92507<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Wages_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $4,679.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>All Industrial<br>5482 Commercial Dr.<br>Huntington Beach, CA 92649<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $7,945.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Ason Johnson<br>12386 Lily Ct.<br>Rancho Cucamonga, CA 91739<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $2,770.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Brian Goodell<br>24131 Myers Ave. Unit B<br>Moreno Valley, CA 92553<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Wages_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $18,023.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Burrtec<br>1850 Agua Mansa Road<br>Riverside, CA 92509<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trash Service_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $883.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Cavden Properties, LLC<br>74075 El Paseo, Ste. A4<br>Palm Desert, CA 92260<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Building Lease_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $149,534.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>DGI<br>12722 Alondra Blvd.<br>Cerritos, CA 90703<br><br>**Date(s) debt was incurred** _2022_<br><br>**Last 4 digits of account number** _0537_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $43,395.00 |

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,742.00**

Dylan Elkins
19458 De Marco Road
Riverside, CA 92508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Wages

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,233.00**

Ernest Patton
11352 Chantry St.
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Wages

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,195.00**

Fernando Perez
29524 Longship dr.
Menifee, CA 92585

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Wages

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,053.00**

Fry Steel
13325 Molette St.
90570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,584.00**

Hadco Metal Trading Co.
14088 Borate St.
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2021

**Basis for the claim:** __

**Last 4 digits of account number** 6585

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,471.00**

Ideal Thread And Gage
1400 Cota Ave.
Long Beach, CA 90813

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,095.00**

Johnathon Velasquez
1027 N. Euclid ave., Apt. 4
Ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Wages

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,454.00**

Kaiser Permanente
P.O. Box 741562
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** Medical Insurance Premiums

**Last 4 digits of account number** 7910

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,931.00 |
|---|---|---|---|

Kapitus
120 W. 45th St.
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _

**Last 4 digits of account number** _1241_

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,099.00 |
|---|---|---|---|

Kerley Corp
3508 Ocean View Blvd.
Glendale, CA 91208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $801.00 |
|---|---|---|---|

Langsberg
13397 Marley Ave.
Fontana, CA 92337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00 |
|---|---|---|---|

McMaster Carr
9630 Norwalk Blvd
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,368.00 |
|---|---|---|---|

Murad Sayah
13027 Balboa Ln.
Moreno Valley, CA 92553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Wages_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,877.00 |
|---|---|---|---|

Online Carbide

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80,000.00 |
|---|---|---|---|

Progressive Alloy Steels Unlimited
2217 E. Bobo Newsom Hwy.
Hartsville, SC 29550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,155.00 |
|---|---|---|---|

Quality Precision Cleaning
5795 Martin Road
Irwindale, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| Debtor | Frontline Machining, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
R.S. Hughes
14000 Meridian Pkwy, Ste. 7
Riverside, CA 92518

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** 4386

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$6,965.00

---

**3.26** | **Nonpriority creditor's name and mailing address**
Riverside Public Utilities
3901 Orange St.
Riverside, CA 92501

**Date(s) debt was incurred** 2021 - 2022

**Last 4 digits of account number** 2002

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset?   ☒ No   ☐ Yes

$61,087.00

---

**3.27** | **Nonpriority creditor's name and mailing address**
S&D Industrial Tool Supply
685 S. Manchester Ave
Anaheim, CA 92802

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** 3144

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$54,758.00

---

**3.28** | **Nonpriority creditor's name and mailing address**
Salco
6248 Surfpoint Circle
Huntington Beach, CA 92648

**Date(s) debt was incurred** 2022 - 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$11,645.00

---

**3.29** | **Nonpriority creditor's name and mailing address**
Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
90012

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** 7402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?   ☒ No   ☐ Yes

$546,264.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA 91729

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilties

Is the claim subject to offset?   ☒ No   ☐ Yes

$47,720.00

---

**3.31** | **Nonpriority creditor's name and mailing address**
Stellar Industrial Supply
2022 W. 11th St.
Upland, CA 91786

**Date(s) debt was incurred** 2021

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,818.00

---

**3.32** | **Nonpriority creditor's name and mailing address**
Sulli Tool & Supply
3425 E. La Palma Ave.
Anaheim, CA 92806

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?   ☒ No   ☐ Yes

$2,086.00

---

| Debtor | Frontline Machining, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**
Total Quality Systems
1783 W. University Dr. #135
85281

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$6,787.00

---

**3.34** | **Nonpriority creditor's name and mailing address**
True Steel
c/o Nick Iezza
Spiwak & Iezza, LLP
555 Marin St., Ste. 140
Thousand Oaks, CA 91360

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$127,962.00

---

**3.35** | **Nonpriority creditor's name and mailing address**
TTC North America
2201 E. 46th St.
Indianapolis, IN 46205

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$17,466.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
ULine
2950 Jurupa St.
91761

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

$931.00

---

**3.37** | **Nonpriority creditor's name and mailing address**
United Performance Metals
14941 East Northam St.
90638

**Date(s) debt was incurred** 2021 - 2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

$77,276.00

---

**3.38** | **Nonpriority creditor's name and mailing address**
Vox Funding
14 E. 44th St., Ste. 4
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?  ☒ No   ☐ Yes

$92,160.00

---

**3.39** | **Nonpriority creditor's name and mailing address**
Wall Street Funding
30 Broad St., 14th Fl
New York, NY 10004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset?  ☒ No   ☐ Yes

$184,100.00

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

---

| Debtor | Frontline Machining, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bridget Esquibias, Esq.<br>Parker Stanbury, LLP<br>444 South Flower St., Nineteenth Floor<br>Los Angeles, CA 90071 | Line  3.11<br>☐ Not listed. Explain ____ | _ |
| 4.2 | M.C. Earle, Esq.<br>474 W. Orange Show Road<br>San Bernardino, CA 92408 | Line  3.7<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Martin Goldman, Esq.<br>16830 Ventura Blvd, Ste. 620<br>Encino, CA 91436 | Line  3.12<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Todd Chvat, Esq.<br>Finlay & Zak, LLP<br>665 MacArthur Court, Ste. 200<br>Santa Ana, CA 92701 | Line  3.27<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Yonatan Klestzick, Esq.<br>Lieberman and Klestzick, LLP<br>P.O. Box 356<br>Cedarhurst, NY 11516 | Line  3.38<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ | 137,943.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ | 1,792,312.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ | 1,930,255.00 |

**Fill in this information to identify the case:**

Debtor name _____Frontline Machining, LLC_____

United States Bankruptcy Court for the: _____CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: Building Lease | |
| State the term remaining: 2 1/2 years | |
| List the contract number of any government contract: _____ | Cavden Properties, LLC<br>74075 El Paseo, Ste. A4<br>Palm Desert, CA 92260 |

| Fill in this information to identify the case: |
|---|

Debtor name    Frontline Machining, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.2 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | Small Business Administration | ☐ D _____ ☒ E/F ___3.29___ ☐ G _____ |
| 2.3 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | Vox Funding | ☐ D _____ ☒ E/F ___3.38___ ☐ G _____ |
| 2.4 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | Global Finance | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | Global Finance | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | True Steel | ☐ D _____ ☒ E/F ___3.34___ ☐ G _____ |
| 2.7 | Charles Jones | 14040 Meridian Parkway Riverside, CA 92518 | Wall Street Funding | ☐ D _____ ☒ E/F ___3.39___ ☐ G _____ |

| Debtor | Frontline Machining, LLC | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.8 | Charles Jones | 14040 Meridian Parkway<br>Riverside, CA 92518 | Sumitomo Mitsui<br>Finance and Leasing<br>Co. | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___Frontline Machining, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:   Income**

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Frontline Machining, LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cavden Properties, LLC v Frontline Machining, LLC, et al<br>UDMV2301730 | Unlawful Detainer | Superior Court of CA, County of Riverside | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Sumitomo Mitsui Finance & Leasing Co. v. Frontline Machining, LLC<br>CVRI2301026 | Collection | Superior Court of CA, County of Riverside | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | Global Merchant Cash Inc. v. Frontline Machining, LLC, et al | Collection | Supreme Court of the State of NY, County of Kings | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Vox Funding LLC v. Frontline Machining LLC, et al | Collection | Supreme Court of the State of NY, County of Nassau | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Fry Steel Company v. Frontline Machining, LLC<br>22STLC08260 | Collection | Superior Court of CA, County of L.A. | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | True Steel and Cutting, Inc. v. Frontline Machining, LLC, et al<br>30-2021-01223419-CU-BC-CJC | Collection | Superior Court of CA, County of Orange | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.7. | S&D Industrial Tool Supply, Inc. v. Frontline Machining LLC<br>30-2022-01260476-CU-BC-CJC | Collection | Superior Court of CA, County of Orange | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    Frontline Machining, LLC                                      Case number *(if known)* _____

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Bisom Law Group 300 Spectrum Center Drive, Suite 400 Irvine, CA 92618 | | 10/10/2023 | $19,838.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    Frontline Machining, LLC                                    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7157 Old 215 Frontage Road<br>Moreno Valley, CA 92553 | 2019 - 2022 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Frontline Machining, LLC | Case number *(if known)* |
|---|---|---|

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☐ No.
    ☒ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| AEOGEN1-052023 | | Consent Order | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| AEOGEN2-052023 | | Consent Order | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Premises | Dept. of Enviromental Health, Riverside | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

| Debtor | Frontline Machining, LLC | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Charles Jones | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Jones | | Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    Frontline Machining, LLC                                    Case number *(if known)*

loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 12, 2023

/s/   Charles Jones                                    Charles Jones
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor    Frontline Machining, LLC _____    Case number *(if known)* _____

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Jones |  | Managing Member | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      October 9, 2023 _____

_/s/ signature_ _____      Charles Jones _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Managing Member _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re   Frontline Machining, LLC

Debtor(s)

Case No.

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept ........................................................ | $ |
| Prior to the filing of this statement I have received ........................................... | $ |
| Balance Due ......................................................................................................... | $ |

☒ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of........................... | $   19,838.00 |
| The undersigned shall bill against the retainer at an hourly rate of................................ | $   550.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Frontline Machining, LLC                                    Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

October 12, 2023                          /s/ Andrew Bisom
*Date*                                    Andrew Bisom 137071
                                          *Signature of Attorney*
                                          Law Office of Andrew S. Bisom
                                          300 Spectrum Center Drive, Ste. 1575
                                          Irvine, CA 92618
                                          (714) 643-8900   Fax:
                                          abisom@bisomlaw.com
                                          *Name of law firm*

In re    Frontline Machining, LLC _____    Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 9, 2023 _____

*Date*

Andrew Bisom 137071 _____
*Signature of Attorney*
Law Office of Andrew S. Bisom
300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
(714) 643-8900   Fax:
abisom@bisomlaw.com _____
*Name of law firm*

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Andrew Bisom 137071<br>300 Spectrum Center Drive, Ste. 1575<br>Irvine, CA 92618<br>(714) 643-8900<br>California State Bar Number: 137071 CA<br>abisom@bisomlaw.com | FOR COURT USE ONLY |

☐  *Debtor(s) appearing without an attorney*
☒  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Frontline Machining, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  October 12, 2023 _____     /s/  Charles Jones _____
                                                                        Signature of Debtor 1

Date:  _____     _____
                                                                        Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  October 12, 2023 _____     /s/ Andrew Bisom _____
                                                                        Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
Andrew Bisom 137071
300 Spectrum Center Drive, Ste. 1575
Irvine, CA 92618
(714) 643-8900
California State Bar Number: 137071 CA
abisom@bisomlaw.com

☐  *Debtor(s) appearing without an attorney*
☒  *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

   Frontline Machining, LLC

CASE NO.:

CHAPTER: 11

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent
with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October 9, 2023__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October 9, 2023__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Air Nation
7377 Greenbush Ave.
North Hollywood, CA 91605


Alfred Avila
2068 Marlborough Ave.
Riverside, CA 92507


All Industrial
5482 Commercial Dr.
Huntington Beach, CA 92649


Ason Johnson
12386 Lily Ct.
Rancho Cucamonga, CA 91739


Brian Goodell
24131 Myers Ave. Unit B
Moreno Valley, CA 92553


Bridget Esquibias, Esq.
Parker Stanbury, LLP
444 South Flower St., Nineteenth Floor
Los Angeles, CA 90071


Burrtec
1850 Agua Mansa Road
Riverside, CA 92509


Carl Zeiss Vision
1040 S. Vintage Ave.
91761

Cavden Properties, LLC
74075 El Paseo, Ste. A4
Palm Desert, CA 92260


Charles Jones
14040 Meridian Parkway
Riverside, CA 92518


DGI
12722 Alondra Blvd.
Cerritos, CA 90703


Dylan Elkins
19458 De Marco Road
Riverside, CA 92508


Employee Devopment Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Ernest Patton
11352 Chantry St.
Fontana, CA 92337


Fernando Perez
29524 Longship dr.
Menifee, CA 92585


Ford Motor Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

Fry Steel
13325 Molette St.
90570


Global Finance
2424 SE Bristol St., Ste 280
Newport Beach, CA 92660


Hadco Metal Trading Co.
14088 Borate St.
Santa Fe Springs, CA 90670


Ideal Thread And Gage
1400 Cota Ave.
Long Beach, CA 90813


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Johnathon Velasquez
1027 N. Euclid ave., Apt. 4
Ontario, CA 91762


Kaiser Permanente
P.O. Box 741562
Los Angeles, CA 90074


Kapitus
120 W. 45th St.
New York, NY 10036

Kerley Corp
3508 Ocean View Blvd.
Glendale, CA 91208


Langsberg
13397 Marley Ave.
Fontana, CA 92337


M.C. Earle, Esq.
474 W. Orange Show Road
San Bernardino, CA 92408


Martin Goldman, Esq.
16830 Ventura Blvd, Ste. 620
Encino, CA 91436


McMaster Carr
9630 Norwalk Blvd
Santa Fe Springs, CA 90670


Murad Sayah
13027 Balboa Ln.
Moreno Valley, CA 92553


Online Carbide


Progressive Alloy Steels Unlimited
2217 E. Bobo Newsom Hwy.
Hartsville, SC 29550

Quality Precision Cleaning
5795 Martin Road
Irwindale, CA 91706


R.S. Hughes
14000 Meridian Pkwy, Ste. 7
Riverside, CA 92518


Raymond Policar, Esq.
P.O. Box 74093
Davis, CA 95617


Riverside Co. Dept. Environmental Health
P.O. Box 7909
Riverside, CA 92513


Riverside Public Utilities
3901 Orange St.
Riverside, CA 92501


S&D Industrial Tool Supply
685 S. Manchester Ave
Anaheim, CA 92802


Salco
6248 Surfpoint Circle
Huntington Beach, CA 92648


Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
90012

Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA 91729


Stellar Industrial Supply
2022 W. 11th St.
Upland, CA 91786


Sulli Tool & Supply
3425 E. La Palma Ave.
Anaheim, CA 92806


Sumitomo Mitsui Finance and Leasing Co.
666 Third Ave., 8th Floor
New York, NY 10017


Tech Financial
840 N. 3rd St., Ste. 500
Milwaukee, WI 53203


Todd Chvat, Esq.
Finlay & Zak, LLP
665 MacArthur Court, Ste. 200
Santa Ana, CA 92701


Total Quality Systems
1783 W. University Dr. #135
85281


True Steel
c/o Nick Iezza Spiwak & Iezza, LLP
555 Marin St., Ste. 140
Thousand Oaks, CA 91360

```
TTC North America
2201 E. 46th St.
Indianapolis, IN 46205


ULine
2950 Jurupa St.
91761


United Performance Metals
14941 East Northam St.
90638


Vox Funding
14 E. 44th St., Ste. 4
New York, NY 10017


Wall Street Funding
30 Broad St., 14th Fl
New York, NY 10004


Yeshaya Gorkin, Esq.
Ainsworth Gorkin PLLC P.O. Box 605
New York, NY 10038


Yonatan Klestzick, Esq.
Lieberman and Klestzick, LLP
P.O. Box 356
Cedarhurst, NY 11516
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Bisom 137071<br>300 Spectrum Center Drive, Ste. 1575<br>Irvine, CA 92618<br>(714) 643-8900<br>California State Bar Number: 137071 CA<br>abisom@bisomlaw.com | |

☒ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     Frontline Machining, LLC<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO    FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Charles Jones                                   , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| October 9, 2023 | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: Charles Jones, Managing Member |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew Bisom 137071<br>300 Spectrum Center Drive, Ste. 1575<br>Irvine, CA 92618<br>(714) 643-8900<br>California State Bar Number: 137071 CA<br>abisom@bisomlaw.com | |

☒ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Frontline Machining, LLC<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO    FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Charles Jones                                                      , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

      ☒ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

      *[For additional names, attach an addendum to this form.]*

b.      ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| October 9, 2023 | By: |
|---|---|
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:   Charles Jones, Managing Member |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**